FRANK RIVERA *ET AL.*, PLAINTIFFS-PETITIONERS, v. COLUMBUS CADET CORPS OF AMERICA *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 59 *N. J. Super.* 445.

*Messrs. Chazin & Chazin* and *Mr. Solomon Lubow* for the petitioners.

*Messrs. Budd, Larner & Kent* for the respondents.

April 8, 1960.   Denied.

MEYER SILVERMAN *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MORTIMER ELLIOTT *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Mortimer Elliott in propria persona.*

*Mr. Frederick J. Johnson, Jr.,* for the respondents.

April 8, 1960.   Denied.